# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) | |
| :---: | :--- | :--- |
| v. | ) | Case: 1:22-mj-00169 |
| Jerod Thomas Bargar | ) | Assigned to: Judge Harvey, G. Michael |
| DOB: XXXXXX | ) | Assign Date: 7/29/2022 |
| | ) | Description: COMPLAINT W/ ARREST WARRANT |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
| :--- | :--- |

18 U.S.C. § 1752(a)(1) and (b)(1)(A)- Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon,
40 U.S.C. § 5104(e)(1)- Unlawful Possession of a Firearm on Capitol Grounds or Buildings,
22 D.C. Code § 504(a)(1), and 7 D.C. Code §§ 2502.01(a), and 2506.01(a)(3) - Unlawful possession a pistol, firearm, or ammunition outside their home or place of business, in the District of Columbia, without a valid license and registration certificate issued by the District of Columbia,
7 D.C. Code § 2506.01(b) -  Unlawful possession, sell, or transfer any large capacity ammunition feeding device, in the District of Columbia.

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Patrick Francisco, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 07/29/2022

*Judge's signature*

City and state: Washington, D.C.

G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*