**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | **CASE NO.** |
| **v.** | **:** | |
| | **:** | **22-mj-00169 (GMH)** |
| | **:** | |
| **JEROD BARGAR,** | **:** | **VIOLATIONS:** |
| **Defendant.** | **:** | **18 U.S.C. § 1752(a)(1) and (b)(1)(A)** |
| | **:** | **(Entering and Remaining in a Restricted** |
| | **:** | **Building or Grounds with a Deadly or** |
| | **:** | **Dangerous Weapon)** |

**I N F O R M A T I O N**

The United States Attorney charges that at all relevant times:

**COUNT ONE**

On or about January 6, 2021, within the District of Columbia, **JEROD BARGAR**, did knowingly enter and remain in a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President was and would be temporarily visiting, without lawful authority to do so, and, during and in relation to the offense, did use and carry a deadly and dangerous weapon, that is, an FNH 9-millimeter semi-automatic pistol, model FNX-9.

> (**Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon**, in violation of Title 18, United States Code, Section 1752(a)(1) and (b)(1)(A))

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052


By: s/ *Sarah C. Martin*
    SARAH C.  MARTIN
    D.C. Bar No. 1612989
    Assistant United States Attorney
    601 D Street, N.W.
    Washington, DC 20001
    Sarah.Martin@usdoj.gov
    (202) 538-0035