UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.                                                             Crim. Action No. 23-CR-78(RBW)

JEROD BARGAR,

        Defendant.

## NOTICE

Jerod Bargar, through counsel, notices the Court and the government that he consents to the exclusion of time under the Speedy Trial Act from April 10, 2023, to the change of plea hearing, scheduled for June 8, 2023. Mr. Bargar has discussed the his right to a speedy trial with undersigned counsel and has reviewed and signed this consent to exclusion of time.

    Respectfully Submitted,

    A. J. KRAMER
    FEDERAL PUBLIC DEFENDER

    _____/s/_____
    ELIZABETH A. MULLIN
    Assistant Federal Public Defender
    625 Indiana Avenue, N.W., Suite 550
    Washington, D.C. 20004
    (202) 208-7500

    _____
    JEROD BARGAR
    Defendant

Case 1:23-cr-00078-RBW   Document 26   Filed 05/31/23   Page 2 of 2