CO 526 Rev. 5/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Criminal Case No.: 23-cr-78 (RBW) |
| ) | |
| JEROD BARGAR ) | |

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

*Jerod Bargar* /s/
Defendant

_____
Counsel for Defendant

I consent:

*Sarah C. Martin*
Assistant United States attorney

Approved: *Reggie B. Walton*            Date: June 8, 2023

United States District Judge