# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JEROD BARGAR,<br><br>            Defendant. | Crim. Action No. 1:23CR78-RBW |

## REPLY TO GOVERNMENT'S SENTENCING SUPPLEMENT

Jerod Bargar hereby respectfully submits this brief reply to the government's sentencing supplement (ECF. No. 21) in which it places great weight on a single text message Mr. Bargar sent in May 2022, a year and half after January 6, 2021. The text message was sent in response to a friend who sent Mr. Bargar a post about the horrific Uvalde school shootings that read, "Uvalde Shooter Fired Gun for 12 Minutes Outside School Before Entering." Mr. Bargar responded with a sentiment widely shared by millions of Americans and promoted in our political discourse by national and local political leaders: that is, that a "good guy" with a gun could stop a "bad guy" with a gun.[1] It is a popular sentiment that has prompted calls for arming teachers in schools.[2] The text message reflects the widely held belief that Americans who arm

---

[1] BBC News, N*RA: Good guys with guns stop bad guys with guns*, December 21, 2021, available at https://www.bbc.com/news/av/world-us-canada-20817967.

[2] Washington Post, *Republicans, reluctant to pass gun regulations, push arming teachers*, May 245, 2022 (reporting that after the Uvalde School shooting Texas Attorney General Ken Paxton discussed what could have been done to prevent the tragedy and proposed better school security and arming teachers and administrators).

themselves in self-defense may enhance public safety as opposed to endanger it. To be sure, millions of Americans, including the undersigned, vehemently disagree with this view. But Mr. Bargar should not be subject to enhanced punishment because he inartfully expressed a political sentiment that is shared by many. *This single text message has nothing to do with January 6*. It does not reflect Mr. Bargar's intent or mindset on January 6. Nor does it reflect anything about Mr. Bargar's character. The instant offense represents Mr. Bargar's only brush with the law. He has no prior firearms violations (or any law violations for that matter) and is widely known in his community as a law-abiding, gentle, family man. *See* Character Letters attached to Def. Memo, ECF. No. 41-1.

Importantly, Mr. Bargar sent the message three months before his arrest on August 2, 2022, and before he was placed on conditions of release. Following his arrest, he immediately turned over his then-lawfully possessed firearms, accepted responsibility for his conduct, and has complied perfectly with conditions of release. He understands that by accepting responsibility for his conduct on January 6, he has forfeited his right to possess a firearm for self-defense and he accepts that consequence.

In short, the stray text message Mr. Bargar sent over a year after January 6 and months before his arrest had nothing to do with January 6. It was an off-the-cuff, inartful text that reflects the political discourse promoted by gun rights advocates. It should be taken as anything else. Undersigned counsel respectfully submits that the Court should give it no weight in its analysis of the 3553(a) factors.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____

Elizabeth Mullin
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500