# UNITED STATES DISTRIT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | **Case No. 23-cr-78 (RBW)** |
| **JEROD BARGAR,** | |
| Defendant. | |

## SUPPLEMENT TO GOVERNMENT'S SENTENCING MEMORANDUM

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this supplement to its sentencing memorandum, filed on January 4, 2023.  *See* ECF No. 40.

In its prior filing, the government discussed the sentencing factors under 18 U.S.C. § 3553(a), including the history and characteristics of the defendant, Jerod Bargar (hereinafter "Bargar").  *See id.* at Section IV(B).  To further support its contention that Bargar has shown a reckless disregard for gun laws and gun safety, in addition to his conduct on January 6, 2021, the government submits the following text messages, which were recovered from Bargar's cellphone. The following messages were exchanged on May 26, 2022 (Bargar is the "Local User"):

1



In context, Bargar's statement that he stays "strapped" whether it's "allowed or not" demonstrates a conscious disregard of gun laws, despite carrying and *losing* a loaded gun during a violent riot. His continued lack of appreciation of the law and safety of others supports the government's request for a significant period of incarceration in this case.

        Respectfully submitted,

        MATTHEW M. GRAVES
        UNITED STATES ATTORNEY

BY:    /s/ *Sarah C. Martin*
        Sarah C. Martin
        Assistant United States Attorney
        Bar No. 1612989
        555 Fourth Street, N.W.
        Washington, DC 20530